DUNBAR-STANLEY STUDIOS, INC. *v.* CITY OF MOBILE.

No. 377. Decided March 10, 1969.

*J. Edward Thornton* and *Glen B. Hardymon* for appellant.

*Barry Hess* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

POWERS ET AL. *v.* PERRY CIRCUIT COURT ET AL.

No. 559, Misc. Decided March 10, 1969.

*John J. Dillon,* Attorney General of Indiana, and *Richard V. Bennett,* Deputy Attorney General, for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Indiana for further consideration in light of *Smith* v. *Hooey,* 393 U. S. 374.